FILED - GR
October 29, 2012 3:12 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: NS /_____ SCANNED BY: NS /10/29

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **1:12-cr-264** |
| Plaintiff, | No. | **Janet T. Neff** |
| | | **U.S. District Judge** |
| v. | Hon. | |
| ANTHONY J. KIRK, D.P.M., | | **FELONY INFORMATION** |
| Defendant. | | |

The United States Attorney charges:

**(Health Care Fraud)**

Between in or about January 2005, and in or about July 2011, in Kent County, in the Southern Division of the Western District of Michigan,

ANTHONY J. KIRK, D.P.M.,

knowingly and willfully executed a scheme and artifice to obtain, by means of false and fraudulent representations, money owned by and under the custody and control of a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services.

It was the purpose of the scheme and artifice for Defendant to unlawfully enrich himself through the submission of false and fraudulent claims to Medicare for services not rendered, specifically for avulsion of nail plate procedures. In execution of the scheme and artifice, Defendant caused the submission of the following materially false and fraudulent claim to Medicare for a service that was not rendered:

| Medicare Beneficiary | Date of Service On or About | Description of Service Billed | Amount Billed to Medicare |
|---|---|---|---|
| T.K. | June 13, 2011 | Avulsion of Nail Plate | $125 |

18 U.S.C. § 1347(a)(2)

PATRICK A. MILES, JR.
United States Attorney

Dated:   October 29, 2012

*[signature]*

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney